UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

NADINE HAYS,

                                                                                  **NOTICE OF APPEARANCE**
                                              Plaintiff,       14 cv 10126

       -against-

THE CITY OF NEW YORK, et al,

                                    Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that **Joy Anakhu,** Assistant Corporation Counsel, should be added as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary Carter, attorney for defendant City of New York.

Dated:  New York, New York
          September 1, 2015

                                                ZACHARY CARTER
                                                Corporation Counsel
                                                of the City of New York
                                                *Attorney for Defendant City*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-2323

                                                By:           /s/
                                                          Joy Anakhu
                                                          Assistant Corporation Counsel
                                                           Special Federal Litigation Division